IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
|  | )<br>)<br>) |
| v. | )  Civil Action No.<br>)<br>) |
| Archis Pharma LLC |  |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: _____

Date of Expiration of Patent: _____

Thirty Month Stay Deadline: _____

_____                                         _____
Date                                                                           Attorney(s) for Plaintiff